TIMOTHY S. SPANGLER, ESQ. SBN 168163
**SACRAMENTO REGIONAL TRANSIT DISTRICT**
P. O. Box 2110
Sacramento, CA  95812-2110
Telephone:   (916) 321-3803
Facsimile:    (916) 446-8946

Attorneys for Defendant
SACRAMENTO REGIONAL TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, individuals<br><br>Plaintiffs,<br><br>v.<br><br>CA DEP'T OF TRANSP., CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO, SACRAMENTO REG'L TRANSIT DIST., political subdivisions of the State of California, and PARATRANSIT, INC., as a California corp.<br><br>Defendants. | **Case No.:  2:06-CV-1630-MCE-DAD**<br><br><br><br>**ORDER TO CONTINUE DEADLINE FOR FILING JOINT STATUS REPORT** |

Pursuant to the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for the filing of the Joint Status Report in the above-captioned matter is continued for 60 days.  The Joint Status Report shall be filed on or before December 15, 2006.

Dated:  October 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com