KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

FARAH J. MARTINEZ (SBN 191862)
DANIEL L. LEYTON (Florida Bar No. 0061824)
CHARLES D. FERGUSON (Florida Bar No. 0741531)
DE LA O, MARKO, MAGOLNICK & LEYTON
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiffs
EDWARD L. KEMPER
CONNIE J. ARNOLD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD L. KEMPER, and CONNIE J. ARNOLD, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO, et al. <br><br> Defendants. | **Case No.: 2:06-cv-01630-MCE-DAD** <br><br><br><br><br><br><br> **ORDER ON PLAINTIFFS' COUNSEL TO APPEAR TELEPHONICALLY AT HEARING** |

This Cause having come before the Court on Plaintiffs' Counsel Request to Appear Telephonically at Hearing and the Court having accepted the Motion and being otherwise fully advised, it is hereby ORDERED that Plaintiff's counsel may appear telephonically at the March 5, 2007 hearing to begin at 9:00 a.m. in Sacramento,

1  California in lieu of a personal appearance.

2  Dated: February 28, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE