1  TIMOTHY S. SPANGLER
   Chief Litigation Counsel (SBN 168163)
2  **SACRAMENTO REGIONAL TRANSIT DISTRICT**
   P.O. Box 2110
3  Sacramento, CA  95812-2110
   Telephone:   (916) 321-3803
4  Facsimile:   (916) 446-8946

5  Attorneys for Defendant
   SACRAMENTO REGIONAL TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, individuals<br><br>Plaintiffs,<br><br>v.<br><br>CA DEP'T OF TRANSP., CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO, SACRAMENTO REG'L TRANSIT DIST., political subdivisions of the State of California, and PARATRANSIT, INC., as a California corp.<br><br>Defendants. | **Case No.: 2:06-CV-01630-MCE-DAD**<br><br>**ORDER TO CONTINUE TRIAL AND FINAL PRETRIAL CONFERENCE DATES AND TO MODIFY PRETRIAL SCHEDULING ORDER** |

Pursuant to the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Pre-Trial Scheduling Order, including the Trial and Final Pretrial Conference dates, is modified as follows:

    a.   ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS:  Plaintiffs may file a Second Amended Complaint without the necessity of a motion for leave. Defendants' previously filed answers, and all affirmative defenses contained therein, will apply to the Second Amended Complaint.

    b.   DISCOVERY:  All discovery, with the exception of expert discovery, shall be completed by **July 25, 2008**.

-1-

  c. <u>DISCLOSURE OF EXPERT WITNESSES</u>:  Disclosure of expert witnesses will occur not later than **September 25, 2008**.

  d. <u>MOTION HEARING SCHEDULE</u>:  All dispositive motions, except motions for continuances, TROs or other emergency applications, shall be heard no later than **November 25, 2008**.

  e. <u>FINAL PRE-TRIAL CONFERENCE</u>:  The September 12, 2008 Final Pretrial Conference is vacated and continued to **April 3, 2009, at 9:00 a.m.** in Courtroom 3.  The Joint Final Pretrial Conference Statement shall be filed no later than March 13, 2009.

  f. <u>TRIAL SETTING</u>:  The October 27, 2008 Jury Trial is vacated and continued to **May 4, 2009** at 9:00 a.m. in Courtroom 3.

IT IS SO ORDERED.
DATED: December 18, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER TO MODIFY PRETRIAL SCHED. ORDER