LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

**JOHN A. LAVRA, CSB No. 114533**
**JERI L. PAPPONE, CSB No. 210104**
Attorneys for County of Sacramento

**Timothy Stuart Spangler, Esq., CSB No. 168163**
P.O. Box 2110
Sacramento, Ca. 95812-2110
Phone:  (916) 321-2930
Fax:     (916) 446-8946
Attorney for Sacramento Regional
   Transit District

**Bruce Alan Kilday, Esq., CSB No. 066415**
Angelo, Kilday & Kilduff
601 University Ave. Suite 150
Sacramento, CA 95825
(916) 564-6100
Fax: (916) 564-6263
Attorneys for City of Citrus Heights

**Laura C. McHugh, Esq., CSB No. 180930**
Rediger, McHugh & Hubbert, LLP
555 Capitol Mall, Suite 1240
Sacramento, CA 95814
Phone: (916) 442-0033
Fax: (916) 498-1246
Attorneys for Paratransit

**Keith D. Cable, Esq., CSB No. 170055**
Cable Law Offices
101 Parkshore Drive Ste 100
Folsom, Ca 95630
916-608-7995
984-5775 (fax)
Attorney for Plaintiffs

**Charles D. Ferguson, PHV, Fl Bar No. 0741531**
de la O, Marko, Magoinick and Leyton
3001 S.W. Third Avenue
Miami, FL 33129
305-285-2000
305-285-5555 (fax)
Attorneys for Plaintiffs

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER DATES
CASE NO.:**2:06-CV-01630-MCE-DAD**
Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER and<br>CONNIE J. ARNOLD, individuals<br><br>            Plaintiffs,<br><br>vs.<br><br>CA DEP'T OF TRANSP., CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO , SACRAMENTO REG'L TRANSIT DIST., political subdivisions of the State of California, and PARATRANSIT, INC., as a California Corp..<br><br>            Defendants. | CASE NO.:  **2:06-CV-01630-MCE-DAD**<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER DATES** |

THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:

1.      Subsequent to Plaintiffs filing and Defendants responding to Plaintiffs' Second Amended Complaint in January of 2008, Plaintiffs' expert designated 63 bus stop locations within the City of Citrus Heights which are allegedly out of compliance with ADA guidelines, and cited 11 locations in the County of Sacramento which likewise are alleged to be out of compliance with ADA standards.

2.      Plaintiffs' expert has yet to report on the Sacramento County locations with a description of the manner in which those sites fail to comply with ADA laws.

3.      Defendants' expert has yet to view the 63 sites identified by Plaintiffs' expert in Citrus Heights.

4.      Two of the locations identified by Plaintiffs within the County of Sacramento are lengthy portions of Arden Way and Watt Avenue, which Plaintiffs have failed to specify the manner in which the streets or sidewalks are out of compliance, or the specific locations of any violations.  Further discovery is required from Plaintiffs before Defendants' expert can evaluate Plaintiffs' claims.

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER DATES
CASE NO.:**2:06-CV-01630-MCE-DAD**
Page 2

5.      Because of the extensive discovery required as a result of Plaintiffs' identification of at least 75 separate locations purportedly out of compliance with ADA guidelines within the City of Citrus Heights and the County of Sacramento, the time required for discovery prior to expert disclosures according to Rule 26, has been significantly impacted.

6.      When the scheduling order was modified last, the parties had attempted to estimate the amount of discovery and the number of site inspections that would be necessary prior to actually receiving an itemized list from plaintiffs' expert.  The extensiveness of the included locations complained of and included by the plaintiffs' expert thus far has made it clear to the parties that the discovery process cannot be adequately completed within the time allotted in the current schedule.

THEREFORE, based upon the foregoing, the parties, by and through their respective counsel  STIPULATE AND AGREE to agree to a modification to the Pretrial Scheduling Order as follows:

a.      DISCOVERY:

The parties agree that all discovery, with the exception of expert discovery, shall be completed by March 10, 2009, and that any motions pertaining to discovery issues be heard and acted upon by that date.

b.      DISCLOSURE OF EXPERT WITNESSES:

That disclosure of expert witnesses shall occur on or before May 31, 2009.

c.      LAW and MOTION:

All dispositive motions, except motions for continuances, TROs or other emergency applications, shall be heard no later than August 31, 2009.

d.      FINAL PRE-TRIAL CONFERENCE:

The final Pre Trial Conference be continued to on or about December 1, 2009, with the Joint Pre-Trial Conference Statement to be filed 14 days prior to the conference date.

///

///

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER DATES
CASE NO.:**2:06-CV-01630-MCE-DAD**
Page 3

  e. TRIAL:

That the trial be continued to on or about March 1, 2010.

**IT IS SO STIPULATED:**

| | |
|---|---|
| Dated: 5/8/08 | CABLE LAW OFFICES<br>/s/ Keith D. Cable<br>By:_____<br> KEITH D. CABLE<br> Attorney for Plaintiffs |
| Dated: 5/8/08 | DE LA O MARKO, MAGOLNICK & LEYTON<br>/s/ Charles Ferguson<br>By:_____<br> CHARLES FERGUSON<br> Attorneys for Plaintiffs |
| Dated: 5/8/08 | ANGELO KILDAY & KILDUFF<br>/s/ Bruce A. Kilday<br>By:_____<br> BRUCE A. KILDAY<br> Attorneys for Defendant<br> CITY OF CITRUS HEIGHTS |
| Dated: 5/8/08 | LONGYEAR, O'DEA & LAVRA, LLP<br>/s/ John A. Lavra<br>By:_____<br> JOHN A. LAVRA<br> Attorneys for Defendant<br> COUNTY OF SACRAMENTO |
| Dated: 5/8/08 | SACRAMENTO REGIONAL TRANSIT DISTRICT<br>/s/ Timothy S. Spangler<br>By:_____<br> TIMOTHY S. SPANGLER<br> Attorney for Defendant<br> SACRAMENTO REGIONAL<br>  TRANSIT DISTRICT |

///
///
///
///
///
///
///

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER DATES
CASE NO.:**2:06-CV-01630-MCE-DAD**
Page 4

Dated: 5/12/08                                    REDIGER & McHUGH
                                                   /s/ Laura C. McHugh
                                              By:_____
                                                  LAURA C. McHUGH
                                                  Attorneys for Defendant
                                                  PARATRANSIT, INC.

## **ORDER**

Pursuant to the foregoing stipulation, and good cause appearing therefore, the Pretrial (Status) Scheduling Order is amended by the Court as follows:

The discovery deadline is extended to March 10, 2009. The expert witness deadline is continued to May 31, 2009. Dispositive motions must be heard not later than August 31, 2009. The April 3, 2009 Final Pretrial Conference is vacated and continued to February 26, 2010 at 9:00 a.m. in Courtroom 7. The Joint Final Pretrial Statement is due not later than February 5, 2010. The May 4, 2009 Jury Trial is vacated and continued to April 12, 2010 at 9:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: May 20, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER DATES
CASE NO.:**2:06-CV-01630-MCE-DAD**
Page 5