UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION, CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO, SACRAMENTO REGIONAL TRANSIT DISTRICT, and PARATRANSIT, INC., <br><br> Defendants. | No. 2:06-cv-01630-MCE-DAD <br><br><br><br> MEMORANDUM AND ORDER |

Pursuant to the stipulation filed in this Court on February 17, 2009, and good cause appearing therefore:

1. The dates for the Final Pretrial Conference and Trial are vacated;

2. The Pretrial Scheduling Order is vacated; and

3. The parties are to appear at a Status Conference on June 25, 2009, at 2:00 p.m. in Courtroom 7. A Joint Status Conference Statement is due not later than May 28, 2009.

1

4. Plaintiff shall be entitled to serve an additional 25 interrogatories on each Defendant in this action. In addition, Plaintiff will not be restricted in number by any Defendant in this lawsuit from serving additional interrogatories above the initial 25 interrogatories provided the additional interrogatories are related to the construction and/or alteration of street, sidewalk, curb, and bus stop/transportation stop locations.

IT IS SO ORDERED.

Dated: February 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE