UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EDWARD L. KEMPER and CONNIE J. ARNOLD, | No. 2:06-cv-01630-MCE-DAD |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO, SACRAMENTO REGIONAL TRANSIT DISTRICT, and PARATRANSIT, INC., | |
| Defendants. | |

On May 28, 2009, the parties to this action timely submitted a Joint Status Report through which they jointly requested that discovery be stayed, that all scheduling dates be vacated, and that a settlement conference be scheduled with Magistrate Judge Gregory G. Hollows.

Good cause having been shown, it is hereby ordered that:

1. All discovery in this action is hereby stayed.
2. All scheduling dates are vacated.

1

3.  A settlement conference is scheduled on **August 10, 2009, at 9:00 a.m.** in Courtroom 24 before Magistrate Judge Hollows, who was randomly drawn on June 4, 2009.
4.  Not later than seven (7) calendar days before the settlement conference, the parties are directed to submit to the chambers of the settlement judge a confidential Settlement Conference Statement. Such statements are neither to be filed with the Clerk nor served on opposing counsel. Each party, however, shall serve notice on all other parties that the statement has been submitted.
5.  Not later than ten (10) days after the date of the settlement conference, the parties are directed to file a Joint Status Report.

Dated: June 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE