IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER and
CONNIE J. ARNOLD,

      Plaintiffs,                No. CIV S-06-1630 MCE DAD (GGH)

    vs.

CA. DEPT. OF TRANSPORTATION,    ORDER
CITY OF CITRUS HEIGHTS, COUNTY
OF SACRAMENTO, SACRAMENTO
REGIONAL TRANSIT DISTRICT, and
PARATRANSIT, INC.,

      Defendants.
_____/

        On March 30, 2010, the parties and counsel met for a renewed settlement conference. After further discussion, it was agreed that defendants would prepare proposed final resolution documents regarding prospective relief to be served on plaintiff and the undersigned no later than April 30, 2010.

        Plaintiff shall serve on all defendants and the undersigned a damages demand and an attorneys' fees/costs request. The attorneys' fees request shall in categorical terms describe the services for which the fees are sought. For example, pre-Complaint review and consultation, X hours, Drafting Complaint, Y hours, Discovery, Z hours, and so forth.

\\\\\

1

1  It was further agreed that a final settlement conference would be set for May 4,
2 2010 (Plaintiff, City of Citrus Heights and RT) and May 5, 2010 (Plaintiff, County of
3 Sacramento and RT).  Both conferences shall begin at 9:00 a.m.
4  The parties are encouraged to discuss with each other, to the extent possible,
5 terms of the final prospective relief resolution.  The undersigned will not be miffed if the parties
6 have completely resolved their remaining differences prior to conference.
7 Dated: April 1, 2010

/s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE

kemper1630.ord2

2