IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER, et al.,

    Plaintiff,                         NO. CIV S-06-1630 MCE DAD (GGH)

    vs.                                 ORDER

CA. DEPT. OF TRANSPORTATION, et al.,

    Defendants.

        On June 9, 2010, the parties and counsel met in settlement conference to discuss final resolution of the monetary issues. Settlement had previously been reached between plaintiff and County of Sacramento, City of Citrus Heights, and the Sacramento Regional Transit District on prospective relief issues.[1] The parties' representatives and counsels' appearances were placed on the record.

        Final resolution, subject to formal entity approval, was reached on the monetary issue thereby resolving this entire case.

        All previously scheduled dates in this action are vacated. In order to give enough time to acquire entity formal approval, and assuming formal approval, dispositive papers for

\\\\\

---

[1] Other named defendants had previously been dismissed as was plaintiff Connie Arnold.

1

1 Citrus Heights and RT shall be filed no later than July 30, 2010; the County has until August 15,
2 2010.
3 DATED: 06/11/2010                           /s/ Gregory G. Hollows
4                                              UNITED STATES MAGISTRATE JUDGE
kemper1630.sett