BRUCE A. KILDAY, ESQ., STATE BAR NO. 066415
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant,
CITY OF CITRUS HEIGHTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER, et al., | Case No.: 2:06-CV-01630-MCE-DAD |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| vs. | |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al. | |
| Defendant. | |

The parties, through their respective counsel, hereby stipulate that this litigation shall be dismissed, with prejudice, as to the CITY OF CITRUS HEIGHTS.  This dismissal includes all claims for relief and causes of action of any kind, and the parties further stipulate that each party is to bear its own costs and attorney's fees, if any.

Dated: Aug. 12, 2010                ANGELO, KILDAY & KILDUFF
                                                        */s/ Bruce a. Kilday*
                                          By:_____
                                                 BRUCE A. KILDAY
                                                 Attorneys for Defendant,
                                                 CITY OF CITRUS HEIGHTS

Dated:  8/13/10                         LONGYEAR, O'DEA & LAVRA

                                                        */s/ Jeri L. Pappone*
                                          By:_____
                                                 JERI L. PAPPONE
                                                 Attorneys for Defendant,
                                                 COUNTY OF SACRAMENTO

-1-
STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: August 16, 2010 | SACRAMENTO REGIONAL TRANSIT |
| 2 | | /s/ Timothy S. Spangler |
| 3 | | By:_____ |
| 4 | | TIMOTHY S. SPANGLER<br>Attorneys for Defendant, |
| 5 | | SACRAMENTO REGIONAL<br>TRANSIT DISTRICT |
| 6 | Dated: August 13, 2010 | CABLE GALLAGHER |
| 7 | | |
| 8 | | /s/ Keith D. Cable<br>By:_____ |
| 9 | | KEITH D. CABLE<br>Attorneys for Plaintiffs |
| 10 | | |
| 11 | Dated: August 13, 2010 | DE LA O, MARKO, MAGOINICK & LEYTON |
| 12 | | |
| 13 | | /s/ Charles Ferguson<br>By:_____ |
| 14 | | CHARLES FERGUSON<br>Attorneys for Plaintiffs |
| 15 | | |

**ORDER**

IT IS SO ORDERED.

Dated: August 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com