JOHN A. LAVRA SBN 114533
JERI L. PAPPONE SBN 210104
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys For County of Sacramento

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| EDWARD L. KEMPER, | **CASE NO. 2:06-CV-01630- MCE-DAD** |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| vs. | |
| CA DEP'T OF TRANSP., et al. | FRCP 41 |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate that this litigation shall be dismissed, *with prejudice*, as to the COUNTY OF SACRAMENTO and SACRAMENTO REGIONAL TRANSIT DISTRICT.  This dismissal includes all claims for relief and causes of action of any kind, and the parties further stipulate that each party is to bear its own costs and attorneys' fees, if any.

August 27, 2010                    LONGYEAR, O'DEA AND LAVRA, LLP

                                   */s/ Jeri L. Pappone*
                          By:_____
                                   JOHN  LAVRA
                                   JERI PAPPONE
                                   Attorneys for County of Sacramento

STIPULATION FOR DISMISSAL

PAGE:  1

| | | |
|---|---|---|
| 1 | Dated: August 27, 2010 | SACRAMENTO REGIONAL TRANSIT DISTRICT |

By  */s/ Timothy S. Spangler*
TIMOTHY S. SPANGLER
Attorney for Sacramento
Regional Transit District

Dated: August 27, 2010          CABLE GALLAGHER, LLP

By  */s/ Keith D. Cable*
KEITH D. CABLE
Attorney for Plaintiff Kemper

Dated: August 27, 2010          DE LA O, MARKO, MAGOLNICK & LEYTON

By  */s/ Charles D. Ferguson*
CHARLES D. FERGUSON
Attorney for Plaintiff Kemper

### **ORDER**

IT IS SO ORDERED. This matter having been resolved in its entirety, (Dismissal with Prejudice) the Clerk of Court is hereby directed to close the file.

Dated: September 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE